# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00349-CV

**Dennis Sells, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
### NO. 30,332, HONORABLE EDWARD P. MAGRE, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Dennis Sells filed notice of appeal on June 20, 2006.  The clerk's record was filed on June 21, 2006, and the reporter's record was filed on November 10, 2006.  Appellant's brief was due on November 30, 2006.  The clerk of this Court sent notice to appellant's last known address that his brief was overdue and that this appeal would be dismissed for want of prosecution if appellant did not respond to this Court by May 17, 2007.  To date, appellant has not responded to this Court's notice.  Accordingly, we dismiss the appeal for want of prosecution.  Tex. R. App. P. 42.3(b), (c).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed for Want of Prosecution

Filed:   June 15, 2007